UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARION MAROCCO,

*Plaintiff,*

vs.

TOWN OF JOHNSTON, through its Finance Director, John Connors; WILLIAM MACERA; LOUIS DeSIMONE; and ANTHONY PILOZZI, individually and in their respective capacities as Mayor, Town Solicitor and Chairman of the Zoning Board, Town of Johnston,

*Defendants.*

CA 06 545 T

*(R.I. Superior Court C.A. No. PC06-4215)*

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants, Town of Johnston through its Finance Director John Connors, William Macera, and Anthony Pilozzi, are defendants in a civil action filed in the Providence County Superior Court entitled, *Marion Marocco v. Town of Johnston, et al., C.A. No. PC06-4215.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court, as it exists on December 14, 2006.[1]

2. The aforesaid action was commenced with the filing of a Summons and

[1] Please note that the Clerk's office is backlogged and that their computer system was inoperable. Consequently, there were four summonses in the court file that are not listed on the docket. In addition, these Defendants filed their answer by hand-delivery on December 11, 2006. It had not yet made the court file nor the docket. However, because of the removal deadlines, these Defendants submit the court record as complete as possible as of this date.

Complaint. Upon information and belief, this complaint was served on or about November 21, 2006.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
Town of Johnston, John Connors,
William Macera, and Anthony Pilozzi,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 15th day of December, 2006, to:

Stephen M. Robinson, Esq. (#2103)
Vicki J. Bejma, Esq. (#6498)
The Law Offices of Stephen M. Robinson
144 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(401) 331-7888 fax