STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4215 MARION MAROCCO V TOWN OF JOHNSTON

Filing Date: 08-11-2006 Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Case Status: UNASSIGNED Status Date: 08-11-2006

Plaintiff: MARION MAROCCO Attorney: STEPHEN ROBINSON
ID: @10856309
Defendant: TOWN OF JOHNSTON
ID: JOHNSTON
Defendant: JOHN CONNORS
ID: @10856311
Defendant: WILLIAM MACERA
ID: @10856313
Defendant: LOUIS DESIMONE
ID: @10856314
Defendant: ANTHONY PILOZZI
ID: @10856315

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-11-2006 | COMPLAINT FILED | |
| 08-11-2006 | INITIAL FILING FEE | |
| 08-11-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP231717. |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SF 12-14-06