**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARION MAROCCO** | **:** | |
| | **:** | |
| **VS.** | **:** | **C.A. No. 06-545 T** |
| | **:** | |
| **TOWN OF JOHNSTON, through its Finance Director,** | **:** | |
| **JOHN CONNORS; WILLIAM MACERA,** | **:** | |
| **LOUIS DeSIMONE, and ANTHONY PILOZZI** | **:** | |
| **Individually and in their respective capacities as** | **:** | |
| **Mayor, Town Solicitor, and Chairman of the Zoning** | **:** | |
| **Board, Town of Johnston** | **:** | |

**STIPULATION**

It is hereby stipulated by and between the parties that the Plaintiff may have up to and including May 1, 2007 to provide responses to and objections to the Defendant Town of Johnston's First Request for Production of Documents and Interrogatories. It is also hereby stipulated by and between the parties that the Defendant Town of Johnston may have up to and including May 1, 2007 to provide response to and objections to the Plaintiff's First Request for Production.

/s/Vicki J. Bejma
Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com
March 22, 2007

/s/ Marc DeSisto
Marc DeSisto, 2757
DESISTO LAW
211 Angell Street
P.O. Box 2563
(401) 272-4442
(fax) 272-9937
marc@desistolaw.com
March 22, 2007

Enter: ____________________

Per Order: ____________________