UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARION MAROCCO | : | |
| | : | |
| V. | : | C.A. No.: 1:06cv00545T |
| | : | |
| TOWN OF JOHNSTON, through its Finance Director, JOHN CONNORS; WILLIAM MACERA LOUIS DESIMONE, and ANTHONY PILOZZI, Individually, and in their respective capacities as Mayor, Town Solicitor, and Chairman of the Zoning Board, Town of Johnston | : | |

**ANSWER**

Now comes the defendant, Louis A. DeSimone, by his attorney, and hereby provides the following answer to the plaintiff's complaint:

**GENERAL ALLEGATIONS**

1. The defendant admits the allegations contained in paragraphs 1, 2, and 4-7 of the complaint filed by the plaintiff.

2. The defendant neither admits nor denies the allegations contained in paragraphs 8-29 and 31-45 of the complaint filed by the plaintiff, but leaves the plaintiff to the proof thereof.

3. The defendant denies the allegations contained in paragraphs 3 and 30 of the complaint filed by the plaintiff.

**COUNT I-§1983**

4. The defendant restates his answer to the general allegations referenced in Count I and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count I which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT II-INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONSHIP AND/OR ECONOMIC ADVANTAGE**

5. The defendant restates his answer to the general allegations referenced in Count II and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any

allegations contained in Count II which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT III-DEFAMATION**

6. The defendant restates his answer to the general allegations referenced in Count III and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count III which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT IV-INVASION OF PRIVACY (FALSE LIGHT, R.I.G.L. §9-1-28.1)**

7. The defendant restates his answer to the general allegations referenced in Count IV and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count IV which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT V-(DEFAMATION)**

8. The defendant restates his answer to the general allegations referenced in Count V and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count V which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT VI-INVASION OF PRIVACY (FALSE LIGHT, R.I.G.L. §9-1-28.1)**

9. The defendant restates his answer to the general allegations referenced in Count VI and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count VI which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT VII (DEFAMATION)**

10. The defendant restates his answer to the general allegations referenced in Count VII.

11. The defendant hereby denies each and every remaining allegation as set forth in paragraphs 83-90 of the complaint filed by the plaintiff.

WHEREFORE, the defendant, Louis A. DeSimone, respectfully prays that the complaint be denied and dismissed and that he be awarded a reasonable sum for counsel fees and costs incurred in the defense of this action.

**COUNT VIII-(INVASION OF PRIVACY (FALSE LIGHT, R.I.G.L. §9-1-28.1)**

12. The defendant restates his answer to the general allegations referenced in Count VIII.

13. The defendant hereby denies each and every remaining allegation as set forth in paragraphs 91-94 of the complaint filed by the plaintiff.

WHEREFORE, the defendant, Louis A. DeSimone, respectfully prays that the complaint be denied and dismissed and that he be awarded a reasonable sum for counsel fees and costs incurred in the defense of this action.

**COUNT IX (DEFAMATION)**

14. The defendant restates his answer to the general allegations referenced in Count IX and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count IX which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT X-(INVASION OF PRIVACY (FALSE LIGHT, R.I.G.L. §9-1-28.1)**

15. The defendant restates his answer to the general allegations referenced in Count X and provides that no response to the remaining allegations is required as the allegations contained therein are made against another party defendant. As to any allegations contained in Count X which may be expressly or impliedly directed against this defendant, in any capacity, the allegations are hereby denied.

**COUNT XI-INVASION OF PRIVACY**
**(UNREASONABLE PUBLICITY OF PRIVATE ACT)**

16. The defendant restates his answer to the general allegations referenced in Count XI.

17. The defendant hereby denies each and every remaining allegation as set forth in paragraphs 109-111 of the complaint filed by the plaintiff.

WHEREFORE, the defendant, Louis A. DeSimone, respectfully prays that the complaint be denied and dismissed and that he be awarded a reasonable sum for counsel fees and costs incurred in the defense of this action.

**COUNT XII-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

18. The defendant restates his answer to the general allegations referenced in Count XII.

19. The defendant hereby denies each and every remaining allegation as set forth in paragraphs 113 and 114 of the complaint filed by the plaintiff.

WHEREFORE, the defendant, Louis A. DeSimone, respectfully prays that the complaint be denied and dismissed and that he be awarded a reasonable sum for counsel fees and costs incurred in the defense of this action.

Defendant,
By his attorney,

/s/ John M. Verdecchia
John Verdecchia, Esq. (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}
Email: John@Verdecchialaw.com

## AFFIRMATIVE DEFENSES

The defendant hereby affirmatively pleads the defense that the plaintiff has failed to state a claim upon which relief can be granted.

## CROSS-CLAIM

Now comes the defendant, Louis A. DeSimone, by his attorney, and hereby asserts the following cross-claim against the defendant, Town of Johnston:

1. At all times relevant hereto, the defendant, Louis A. DeSimone, was the duly appointed Town Solicitor of the Town of Johnston.

2. All of the alleged actions asserted in the plaintiff's against this defendant occurred while said defendant was acting within the scope of his official duties of employment.

3. In accordance with the ordinances of the Town of Johnston, the Town Solicitor is indemnified and held harmless for from all loss, costs, expense and damage, including legal fees and court costs arising out of any claim, action, compromise, settlement or judgment resulting from actions within the scope of his or her official duties or employment.

WHEREFORE, the defendant, Louis A. DeSimone, hereby claims indemnification against the defendant, Town of Johnston for any and all judgments, costs and fees resulting from the within action, including a sum for legal fees incurred in the defense of this complaint.

Defendant,
By his attorney,

/s/ John M. Verdecchia
John Verdecchia, Esq. (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}
Email: John@Verdecchialaw.com

**CERTIFICATION**

I, hereby certify that the within answer and cross claim was e-mailed,to the following counsel of record on the 16th day of April, 2007.

Stephen M. Robinson, Esquire
155 South Main Street, 4th Floor
Providence, RI 02903-7115

Marc DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906