UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARION MAROCCO,<br>*Plaintiff,*<br>vs.<br>TOWN OF JOHNSTON, through its Finance Director, John Connors; WILLIAM MACERA; LOUIS DeSIMONE; and ANTHONY PILOZZI, individually and in their respective capacities as Mayor, Town Solicitor and Chairman of the Zoning Board, Town of Johnston,<br>*Defendants.* | C.A. No. 06-545 T |

**DEFENDANT TOWN OF JOHNSTON, THROUGH ITS FINANCE DIRECTOR, JOHN CONNORS'S ANSWER TO CO-DEFENDANT DESIMONE'S CROSSCLAIM**

Now comes the defendant, Town of Johnston, through its Finance Director, John Connors and answers the cross claim of co-defendant DeSimone as follows:

1. This defendant admits the allegations contained in paragraph 1 of the cross claim.

2. This defendant makes no response to the allegations contained in paragraphs 2 and 3 of the cross claim and leaves co-defendant DeSimone to his proof of same.

Defendant,
Town of Johnston,
By its attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 17th day of April, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Stephen M. Robinson
srobinson@smrobinsonlaw.com

John Verdecchia
John@Verdecchialaw.com

*/s/ Marc DeSisto*

Marc DeSisto