**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARION MAROCCO :**

**v. : C.A. No.: 06-545 T**

**TOWN OF JOHNSTON, et al. :**

**DEFENDANT, LOUIS DESIMONE'S RULE 16 STATEMENT**

This matter relates to a law suit filed by the Plaintiff against various Town of Johnston Officials. Mr. DeSimone was the lawfully appointed Town Solicitor for the Town of Johnston and at all times was acting in his official capacity as the Chief Legal Advisor of the Town. The Plaintiff alleges that Defendant, Louis DeSimone made defamatory statements in an interview with the Providence Journal.

**1. Defamation Count**

Absolute executive immunity extends to common law actions for malicious defamation. ***Barr v. Matteo***, 360 U.S. 564 (1959). If the complaint alleges, a Constitutional Tort, absolute immunity is narrowed to that of qualified immunity. ***Nickson v. Fitzgerald***, 50 U.S.L.W. 4797 (S.Ct. 1982). At all times mentioned in Plaintiff's Complaint, Defendant DeSimone was acting within the scope of his duties as the Chief Legal Advisor of the Town of Johnston. Consequently, Mr. DeSimone's comments are absolutely privileged. ***Collins v. City of Harker Heights***, 503 U.S. 115 (1992).

Respectfully submitted,
Defendant, Louis DeSimone
By his Attorney

//John M. Verdecchia

______________________________
John M. Verdecchia, Esq. (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

**CERTIFICATION**

I hereby certify that on June 26, 2007 I sent a true copy of the within Statement by electronic service to all of the parties below:

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Ste. 402
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02909

//John M. Verdecchia, Esq.