**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARION MAROCCO** | : | |
| | : | |
| **VS.** | : | **C.A. No. 06-545 T** |
| | : | |
| **TOWN OF JOHNSTON, through its Finance Director, JOHN CONNORS; WILLIAM MACERA, LOUIS DeSIMONE, and ANTHONY PILOZZI Individually and in their respective capacities as Mayor, Town Solicitor, and Chairman of the Zoning Board, Town of Johnston** | : | |

**STIPULATION**

It is hereby stipulated by and between the parties that the Plaintiff's claims against Louis DeSimone in the above-captioned action may be dismissed, no fees or costs.

/s/Vicki J. Bejma
Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com
September 25, 2007

/s/ John Verdecchia
John Verdecchia
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(fax) 454-5557
john@verdecchialaw.com
September 25, 2007

Enter: ____________________ Per Order: ____________________