**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARION MAROCCO** | : | |
| | : | |
| **VS.** | : | C.A. No. 06-545 T |
| | : | |
| | : | |
| **TOWN OF JOHNSTON, through its Finance Director,** | : | |
| **JOHN CONNORS; WILLIAM MACERA,** | : | |
| **LOUIS DeSIMONE, and ANTHONY PILOZZI** | : | |
| **Individually and in their respective capacities as** | : | |
| **Mayor, Town Solicitor, and Chairman of the Zoning** | : | |
| **Board, Town of Johnston** | : | |

**TO:** Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

John Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition of **WILLIAM MACERA** at The Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, Rhode Island 02903 on December 5, 2007 at 11:00 a.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Marion Marocco
By her attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 7, 2007

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 7, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that on November 7, 2007 I sent a true copy of the within by electronic service to all of the parties below:

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

John Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909

Ms. Marion Marocco
28 Bishop Hill Road
Johnston, RI 02919

/s/ Vicki J. Bejma