AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MARION MAROCCO

V.

TOWN OF JOHNSTON, through its Finance Director, JOHN CONNORS; WILLIAM MACERA, LOUIS DESIMONE, and ANTHONY PILOZZI incividually and in their respective capacities as Mayor, Town Solicitor, and Chairman of Zoning Board, Town of Johnston

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-545T

TO: Victor Caetano
4158 Post Road, No. 6
East Greenwich, RI 02818

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Law Offices of Stephen M. Robinson, 155 South Main Street Providence, RI | December 10, 2007 10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Vicki J. Bejma, Atty for Plaintiff | 11/29/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Vicki J. Bejma, 155 South Main, Providence, RI 331-6565

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

#1436
42

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

Victor Caetano — SERVED ON (PRINT NAME)

In Hand — MANNER OF SERVICE

Ronald Russo — SERVED BY (PRINT NAME)

USDC Constable — TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-5-07
DATE
9:45 Am

[signature]
SIGNATURE OF SERVER

PO Box 7588
ADDRESS OF SERVER

Warwick R.I.

Victor Caetano